IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ERNESTINE MYLES, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:92cv243-MHT |
| BUTLER COUNTY, ALABAMA, | ) | (WO) |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) The motion for dismissal with prejudice (doc. no. 73) is granted.

   (2) The consent decrees are dissolved.

   (3) This cause is dismissed in its entirety with prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 8th day of December, 2006.**

                                      <u>/s/ Myron H. Thompson</u>
                                    **UNITED STATES DISTRICT JUDGE**